IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

RECEIVED

2022 MAY -6  P 4: 35

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Rev. Jarmal Jabbar Sanders
M. D.
_____
Plaintiff(s),

v.

Daniel Harris, Jr
Ronda M. Walker
Isaiah Sankey, Doug Singleton)
Defendant(s).

CIVIL ACTION NO.
2:22-cv-280-ECM-SRW
JURY DEMAND (MARK ONE)

☑YES       ☐NO

COMPLAINT

1.   Plaintiff(s)' address and telephone number: Rev. Jarmal Jabbar Sanders, M. D.

2.   Name and address of defendant(s): Daniel Harris, Jr (in his offical Capacity) Ronda M. Walker (in her offical Capacity) Isaiah Sankey (in his offical capacity) Doug Singleton (in his offical capacity) as Montgomery County Commissioners 100 S. Lawrence Street Montgomery, Alabama

3.   Place of alleged violation of civil rights: 101 South Lawrence Street Montgomery, Alabama

4.   Date of alleged violation of civil rights: 7·13·21

5.   State the facts on which you base your allegation that your constitutional rights have been violated: I am a candidate the United States Senate Who will Represent the state of Alabama. The U.S. Senate seat is an at-larger seat. I received reports that "the polling places locations in the State of Alabama where not authorized as polling place locations by any of the Who are the property owners of the polling place locations.

over

1

This leaves each Voting in the State of Alabama unable to cast a Vote for the candidate of chose and Violates the 14 amendment to the U.S. Constitution

6.    Relief requested: I would like the court to issue an order to all of the polling place locations - in the perview of its legal jurisdiction - to get permission from the the property owner to hold these eletions on the permises of the property owners. This has been going on for 25 years. I would like an injunction the stop it, and an order from this court to remedy it.

Date: 5 · 6 · 2022

Rev. Jamal J. _____ M.D.
United States Senate Candidate
Plaintiff(s) Signature

Jarmal Jabbar Sanders
P.O. Box 2292
Selma, Al 36702

2